| | |
|---|---|
| 1 | McGREGOR W. SCOTT |
| | United States Attorney |
| 2 | DAVID W. SPENCER |
| | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| | Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff |
| | United States of America |

FILED

AUG 2 3 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of: | REQUEST TO UN-SEAL SEARCH WARRANTS; [~~PROPOSED~~] ORDER |
|---|---|
| A GRAY HONDA CIVIC, WITH UTAH LICENSE PLATE U919W, VIN # 1HGFA168X7L038632 | 2:19-SW-0519-EFB |
| A GRAY GMC PICKUP, WITH CALIFORNIA LICENSE PLATE 97533J1, VIN # 1GTCS136458145838 | 2:19-SW-0520-EFB |
| A GRAY TOYOTA SEDAN, WITH CALIFORNIA LICENSE PLATE 4XUM692, VIN # 1NXBR32E43Z056105 | 2:19-SW-0521-EFB |
| A SILVER CHEVROLET HUMMER, WITH CALIFORNIA LICENSE PLATE 5TNU381, VIN # 5GTDN136968210253 | 2:19-SW-0522-EFB |
| A silver Chevrolet Hummer, with California license plate 5TNU381, VIN # 5GTDN136968210253 | 3:19-SW-015-DMC |
| A gray Toyota sedan, with California license plate 4XUM692, VIN # 1NXBR32E43Z056105 | 3:19-SW-016-DMC |
| 1290 Northgate Road, Apartment 35, Yuba City, California | 2:19-SW-710-EFB |
| 1837 18th Street, Olivehurst, California | 2:19-SW-711-EFB |
| A 2003 Toyota sedan, silver in color, bearing California license plate 4XUM692 | 2:19-SW-712-EFB |
| A 2006 Hummer H3, silver in color, bearing California license plate 5TNU381 | 2:19-SW-713-EFB |

## REQUEST TO UNSEAL

The search warrants in the above-captioned matters have been executed, and there is no need for the search warrants or their affidavits to remain under seal. Accordingly, the United States requests that the above-captioned matters be unsealed.

Dated: August 22, 2019

McGREGOR W. SCOTT
United States Attorney

By: /s/ David W. Spencer
DAVID W. SPENCER
Assistant United States Attorney

## [PROPOSED] ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be unsealed.

Dated: 8-23-2019

The Honorable Edmund F. Brennan
UNITED STATES MAGISTRATE JUDGE